UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIE K.,<br><br>              Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>              Defendant. | CASE NO. SACV 18-1673-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections and reply have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 16, 2020

                                            MICHAEL W. FITZGERALD
                                            United States District Judge