UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIE K., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. SACV 18-1673-MWF (AGR) <br><br> JUDGMENT |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 16, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge